

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2019

No. 04-18-00293-CV

**ALLSTATE INSURANCE COMPANY**,
Appellant

v.

Daniel Wes **IRWIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03490
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's post-submission brief was due April 25, 2019.  On April 26, 2019, appellant filed a motion for extension of time asking for an additional four days to file its post-submission brief.  After consideration, we **GRANT** the motion and **ORDER** appellant to file its post-submission brief in this court **on or before April 29, 2019**.

Entered this 30th day of April, 2019.

**PER CURIAM**

Attested to: _____
Keith E. Hottle,
Clerk of Court